IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DAVID PARDUE                                                    PLAINTIFF

    v.    No. 05-5004

SGT GLASS, et al.                                              DEFENDANTS

### **O R D E R**

Now on this 25th day of September 2006, comes on for consideration the report and recommendation filed herein on September 5, 2006, by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. (Doc. 53.) No objections to the report and recommendation have been filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendants' **Motion for Summary Judgment (Doc. 22)** is **DENIED**.

IT IS SO ORDERED.

                                /S/JIMM LARRY HENDREN
                                JIMM LARRY HENDREN
                                UNITED STATES DISTRICT JUDGE